FILED

2010 Sep-01  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

HOMER A. WESTMORELAND,          )
                                )
        Plaintiff,              )
                                )
    v.                          )   CIVIL ACTION NO. 09-G-2373-NE
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security,)
                                )
        Defendant.              )

**MEMORANDUM OPINION**

The plaintiff, Homer A. Westmoreland, brings this action seeking judicial

review of a final adverse decision of the Commissioner of the Social Security

Administration (the Commissioner) denying his application for Social Security Benefits.

The plaintiff filed an application for Social Security Benefits on June 29, 2004.

Thereafter, plaintiff timely pursued and exhausted the administrative remedies available

before the Commissioner.  Accordingly, this case is now ripe for judicial review pursuant

to the provisions of section  205(g) of the Social Security Act (the Act), 42 U.S.C.

§ 405(g).

The sole function of this court is to determine whether the decision of the

Commissioner is supported by substantial evidence and whether proper legal standards

were applied.  Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983).  To that

end this court "must scrutinize the record as a whole to determine if the decision reached

is reasonable and supported by substantial evidence."  Bloodsworth, at 1239 (citations

omitted).  Substantial evidence is "such relevant evidence as a reasonable person would

accept as adequate to support a conclusion."  Bloodsworth, at 1239.  The court has

carefully reviewed the entire record in this case and is of the opinion that the

Commissioner's decision is supported by substantial evidence and that proper legal

standards were applied in reaching that decision.  Accordingly, the decision of the

Commissioner must be affirmed.

A separate order in conformity with this memorandum opinion will be

entered.

DONE and ORDERED 1 September 2010.


_____

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.